IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MONA INFANTE, RYAN SONNACK, ADAM JUNEMANN, BARRY ANDERSON, MICHAEL HEISLER, PETER SUNDBERG, HERIBERTO ESPINOZA, MICHAEL WEBER, JORGE AVALOS, MARIO FARROW, JIMMY GOMEZ, MONTE PALMER, SEDAIA TUCKER, KATIE SASSER, ALFREDO MANCILLAS, JOSEPH FIORE, KIRK CREGER, MARCUS RAMIREZ, JOSEPH BYRNE, KEITH YORK, MARTIN BERNARDO, ADAM GAYTAN, ANSEL TYNDALL, JEREMY ESTEP, JAMES COX, BENNIE MONTEZ, JOSE ELIZONDO, STEPHEN SCHUELLER, MATTHEW BUSHNELL, JOHN WOODWARD, HERNAN SALINAS, JARROD SUMTER, ROBERT VILLALPANDO, TREVOR COBB, CHRISTOPHER BRAND, DAVID SOWARDS, KARL CLARK, DAVID PAYNE, AARON HERD, JOSEPH SILVA, GRETCHEN BRAY, TYLER FOSTER, ATINESH LAL, LUIS MORENO, BRIAN SANDOLPH, MARIO RODRIGUEZ, JONATHAN NINNEMAN, JORDAN RIVAS, SAMANTHA RIVAS, ROBERT STRICKLAND, RICHARD AUBREY, JEFFREY ROBERTSON, MARCOS PLACERES, PAUL MORENO, ROBERT GONZALEZ, RUSSELL VIDLER, BRIAN CASTANEDA, JOSEPH MILLER, FORREST SMILEY, JOSHUA CASH, TIMOTHY HATCH, MARIO GONZALES, WILLIAM HOSKINS, KENNETH MOORE, MARQUEENA MOORE, JORGE MARIN, RODNEY ORTIZ, MARCUS OHLENFORST, PHILLIP CROW, CHARLES | Case No. 0:19-cv-02067 (SRN/KMM)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| VALENTINE, TIMOTHY TAYLOR, RONALD PAYNE, RUBEN LOPEZ, WILLIAM STUCKEY, and ERIK BYRD,<br><br>                Plaintiffs,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>                Defendants. | |

Aearo Technologies LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1.   Does Aearo Technologies LLC have a parent corporation?

☒ Yes   ☐ No

If yes, the parent corporation is: Aearo LLC, which is a wholly owned subsidiary of Aearo Intermediate LLC, which is a wholly owned subsidiary of Aearo Holding LLC, which is a wholly owned subsidiary of 3M Occupational Safety LLC, which is a wholly owned subsidiary of 3M Company.

2.   Is 10% or more of the stock of Aearo Technologies LLC owned by a publicly-held corporation?

☒ Yes   ☐ No

If yes, identify all such owners: 3M Company

3

Dated:  August 9, 2019 **GREENE ESPEL PLLP**

 s/Faris A. Rashid
Faris A. Rashid, Reg. No. 0391508
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
frashid@greeneespel.com
(612) 373-0830

Attorneys for Defendant Aearo
Technologies LLC